UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN DUSSIA,

    Plaintiff,

                                      Case No. 21-cv-12279

v.                                    Hon. Matthew F. Leitman

SRS DISTRIBUTION INC.,
d/b/a MONROE ALUMINUM PRODUCTS,

    Defendant.

_____/

## ORDER DENYING DEFENDANT SRS DISTRIBUTION INC.'S MOTION FOR RECONSIDERATION (ECF No. 21)

For the reasons stated on the record during the status conference on February 12, 2024, Defendant SRS Distribution Inc.'s Motion for Reconsideration (ECF No. 21) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126