UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN DUSSIA,

      Plaintiff,                               Case No. 21-cv-12279
                                               Hon. Matthew F. Leitman

v.

SRS DISTRIBUTION INC., d/b/a
MONROE ALUMINUM PRODUCTS,

      Defendant.
_____/

## ORDER TERMINATING ALL PENDING MOTIONS AS MOOT AND CANCELING TRIAL DATE

On July 22, 2024, the Court commenced a Final Pretrial Conference in this case. As part of the proceedings, the Court oversaw settlement negotiations between the parties. A settlement was reached. Accordingly, all pending motions are **TERMINATED AS MOOT**. In addition, the trial date is canceled. The parties shall submit a dismissal order by not later than September 18, 2024.

    IT IS SO ORDERED.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126